JS-6

Steven A. Sherman, Esq. Bar No. 113621
Diana L. Field, Esq. Bar No. 132435
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
ssherman@law4cops.com

Attorneys for Defendants, City of Buena Park, Buena Park Police Department, Sgt. D. Martinez, and Officer Kimery

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| DAVID FLORES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK, a public entity; CITY OF BUENA PARK POLICE DEPARTMENT, a public entity, SERGEANT D. MARTINEZ; OFFICER KIMERY, and DOES 1 to 100, Inclusive,<br><br>Defendants. | NO. SACV07-1265DOC(AJWx)<br><br>**JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1   IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take
2 nothing, that the action be dismissed on the merits and that Defendants, City of Buena
3 Park, Buena Park Police Department, Sgt. D. Martinez, and Officer Kimery recover
4 their costs to be determined by the Clerk.

7 DATED:   December 11, 2008

*/s/ David O. Carter*
Honorable David O. Carter
United States District Court Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I, Michele Koller, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

     On December 1, 2008, I served the foregoing **[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Michael A. Lotta**
**LAW OFFICES OF MICHAEL A. LOTTA**
**4244 E. 4th Street**
**Long Beach, CA 90814**

\_\_\_\_  (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX  (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents.  Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

\_\_\_  (By Personal Service) I placed a true copy in a sealed enveloped addressed to each person(s) named at the address[es] shown and giving same to a messenger service for personal delivery before 5:00 p.m. on the above-mentioned date. **[A Proof of Service from the messenger service will be filed separately prior to the hearing**.]

\_\_\_  (By Overnight Delivery) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.  [Airbill No. _____].

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 1, 2008, at Santa Ana, California.

                          /s/ Michele Koller
                          Michele Koller